UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                 CASE NO. 04 B 42796
     GWENDOLYN SUTTON
                                       CHAPTER 13

                                       JUDGE: JACK B SCHMETTERER

            Debtor
     SSN XXX-XX-2258
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     The case was filed on 11/17/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  69.80% from remaining funds.

     The case was paid in full 01/08/2009.

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERIQUEST MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERIQUEST MORTGAGE | MORTGAGE ARRE | 1107.97 | .00 | 1107.97 |
| AMERIQUEST | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED | 11348.92 | 1154.04 | 11348.92 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | 8864.56 | .00 | 6187.73 |
| CITIZENS FINANCIAL SERVI | CURRENT MORTG | .00 | .00 | .00 |
| CITIZENS FINANCIAL SERVI | MORTGAGE ARRE | 1000.00 | .00 | 1000.00 |
| DAIMLER CHRYSLER SERVICE | UNSECURED | 3227.00 | .00 | 2252.54 |
| ZALUTSKY & PINSKI LTD | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,654.80 |
| DEBTOR REFUND | REFUND | | | 336.00 |

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 27,936.00 | |
| PRIORITY | | 194.00 |
| SECURED | | 13,456.89 |
|     INTEREST | | 1,154.04 |
| UNSECURED | | 8,440.27 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 1,654.80 |
| DEBTOR REFUND | | 336.00 |
| | --------------- | --------------- |
| TOTALS | 27,936.00 | 27,936.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 04 B 42796 GWENDOLYN SUTTON

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE